# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEITH ALEXANDER,**<br>            Petitioner,<br><br>            v.<br><br>**THOMAS McGINLEY,**<br>**THE DISTRICT ATTORNEY OF THE**<br>**COUNSEL OF PHILADELPHIA, and**<br>**THE ATTORNEY GENERAL OF THE**<br>**STATE OF PENNSYLVANIA,**<br>            Respondents. | CIVIL ACTION<br><br><br><br>NO. 19-2443 |

## ORDER

**AND NOW**, this 9th day of December, 2020, upon consideration of *pro se* Petitioner Keith Alexander's Motion for Relief from Judgment Under Fed. R. Civ. P. 60(b) (ECF No. 4), for the reasons state in the Memorandum dated December 9, 2020, it is **ORDERED** that:

1. The Motion is **DISMISSED** for lack of jurisdiction as a second or successive habeas corpus petition **WITHOUT PREJUDICE** to *pro se* petitioner's right to seek authorization to file the Motion from the United States Court of Appeals for the Third Circuit pursuant to 28 U.S.C. § 2244(b)(3)(A);

2. A certificate of appealability will not issue because reasonable jurists would not debate the propriety of this Court's procedural ruling with respect to petitioner's claims. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

                                                    **BY THE COURT:**

                                                    **/s/ Hon. Jan E. DuBois**
                                                    _____
                                                        **DuBOIS, JAN E., J.**